FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB - 3 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-273-JCM-(VCF) |
| ) | |
| MARY MUSSO, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court finds that on January 21, 2015, defendant MARY MUSSO pled guilty to Counts One and Three of a Five-Count Criminal Indictment charging her with Wire Fraud in violation of Title 18, United States Code, Section 1343. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant MARY MUSSO agreed to the in personam criminal forfeiture money judgment of $1,350,000 set forth in the Plea Agreement and the Forfeiture Allegation in the Criminal Indictment. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds that MARY MUSSO shall pay a criminal forfeiture money judgment of $1,350,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

1   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MARY MUSSO a criminal forfeiture money judgment in the amount of $1,350,000 in United States Currency.

DATED this ___ day of ~~January~~ Feb, 2015.

_____
UNITED STATES DISTRICT JUDGE

2