```
        FILED              RECEIVED
        ENTERED            SERVED ON
                    COUNSEL/PARTIES OF RECORD

              JUN - 3 2015

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
        BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|        Plaintiff, | ) |
|    v. | ) 2:12-CR-273-JCM-(VCF) |
| MARY MUSSO, | ) |
|        Defendant. | ) |

## ORDER OF FORFEITURE

This Court ordered that MARY MUSSO shall pay the criminal forfeiture money judgment of $1,350,000 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 67; Plea Agreement, ECF No. 68; Order of Forfeiture, ECF No. 69.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MARY MUSSO the criminal forfeiture money judgment in the amount of $1,350,000 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

/ / /

/ / /

/ / /

/ / /

/ / /

1  United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title
2  21, United States Code, Section 853(p).
3  DATED this ___ day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE